No. 1021. LESTER *v.* AETNA CASUALTY & SURETY Co. C. A. 5th Cir. Certiorari denied. *Leonard Lloyd Lockard* for petitioner. *Richard H. Switzer* for respondent.

No. 1026. V. E. IRONS, INC., ET AL. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. *Vincent A. Kleinfeld* for petitioners. *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 1039. BRODY *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. *John F. Cogan, Jr.* for petitioner. *Solicitor General Rankin* for the United States.

No. 985. KANSAS CITY STAR Co. *v.* UNITED STATES; and

No. 986. SEES *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. MR. JUSTICE WHITTAKER took no part in the consideration or decision of these applications. *John T. Cahill, Thurlow M. Gordon, Henry N. Ess, Elton L. Marshall* and *Carl E. Enggas* for petitioners. *Solicitor General Rankin, Assistant Attorney General Hansen* and *Daniel M. Friedman* for the United States. Reported below: 240 F. 2d 643.

No. 753, Misc. THOMPSON ET AL. *v.* PENNSYLVANIA. Supreme Court of Pennsylvania, Western District. Certiorari denied.

No. 759, Misc. MILLER ET AL. *v.* DELAWARE, LACKAWANNA & WESTERN RAILROAD Co. C. A. 2d Cir. Certiorari denied. *John Francis Noonan* for petitioners. *Pierre W. Evans* for respondent.